Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 369 - 1 | **DATE** | 5/8/2008 |
| **CASE TITLE** | USA vs. Felix Templos-Ortiz | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Felix Templos-Ortiz appears in response to arrest on 05/08/08. Defendant informed of his rights. Enter order appointing Paul Flynn of the Federal Defender Program/Panel as counsel for defendant. Government seeks detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|