# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev 5/98)

**FILED** MAY 08 2008 5-8-08 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: U.S. vs. FELIX TEMPLOS ORTIZ
AT:

PERSON REPRESENTED (Show your full name)

☒ 1 Defendant – Adult
☐ 2 Defendant – Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

LOCATION NUMBER:

DOCKET NUMBERS
Magistrate:
District Court: 08 CR 369
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ NA
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME** (ASSETS)
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___ THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ ___ DESCRIBE IT

**DEPENDENTS** (OBLIGATIONS / DEBTS)
MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 6

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $800/mo. | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶  X Felix Templos