

FILED
JUN - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE DER-YEGHIAYAN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 369 |
| | ) | |
| v. | ) | Violations: Title 8, United States |
| | ) | Code, Sections 1324(a)(1)(A)(ii) |
| | ) | and 1324(a)(1)(B)(i) |
| FELIX TEMPLOS-ORTIZ | ) | **MAGISTRATE JUDGE NOLAN** |
| | ) | |

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about May 5, 2008, at Channahon, in the Northern District of Illinois, Eastern Division, and elsewhere,

FELIX TEMPLOS-ORTIZ,

defendant herein, knowing and in reckless disregard of the fact that certain aliens, namely fourteen Mexican nationals and one Honduran national, had come to, entered, and remained in the United States in violation of law, did transport and move such aliens, , within the United States for the purpose of private financial gain, in furtherance of such violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## **FORFEITURE ALLEGATION**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further alleges:

1. The allegations of this indictment are realleged and incorporated here by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to Title 8, United States Code, Section 1324(b)(1), and Title 18, United States Code, Section 982(a)(6)(A).

2. As a result of his violation of Title 8, United States Code, Section 1324, as alleged in the foregoing indictment,

FELIX TEMPLOS-ORTIZ,

defendant herein, shall forfeit to the United States, pursuant to Title 8, United States Code, Section 1324(b)(1) and Title 18, United States Code, Section 982(a)(6)(A), any and all right, title, and interest they may have in any property, real and personal:

    a. that constitutes, and is derived from, and is traceable to, proceeds obtained, directly or indirectly, from the commission of the offense; and

    b. that is used to facilitate, and is intended to be used to facilitate the commission of the offense, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 982.

3. The interests of the defendant subject to forfeiture pursuant to Title 8, United States Code, Section 1324(b)(1) and Title 18, United States Code, Section 982(a)(6)(A), include, but are not limited to, approximately $3,300 in United States currency.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY