

JUDGE DER-YEGHIAYAN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE NOLAN**

**08 CR 369**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES ☒ If the answer is "Yes", list the case number and title of the earliest filed complaint: *US v. Felix Templos-Ortiz 08CR0369 Nolan*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information? NO ☒ YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO ☒ YES ☐

6) What level of offense is this indictment or information? **FELONY** ☒ **MISDEMEANOR** ☐

7) Does this indictment or information involve eight or more defendants? NO ☒ YES ☐

8) Does this indictment or information include a conspiracy count? NO ☒ YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .............. (II) | ☐ Income Tax Fraud ........... (II) | ☐ DAPCA Controlled Substances .... (III) |
| ☐ Criminal Antitrust (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses .... (IV) |
| ☐ Bank robbery ............ (II) | ☐ Other Fraud ............ (III) | ☒ Immigration Laws ............ (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............ (IV) |
| ☐ Assault ............... (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ............... (IV) |
| ☐ Burglary .............. (IV) | ☐ Counterfeiting ............ (III) | ☐ Selective Service Act ............ (IV) |
| ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail ............ (III) |
| ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ............ (III) | ☐ Other Federal Statutes .......... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ............ (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

☑ **FILED**

JUN - 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Maureen Merin
Assistant United States Attorney