UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                                    Plaintiff,

v.                                                        Case No.: 1:08−cr−00369
                                                        Honorable Samuel Der−Yeghiayan

Felix Templos−Ortiz
                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

       MINUTE entry before the Honorable Samuel Der−Yeghiayan as to Defendant Felix Templos−Ortiz: Arraignment hearing called and continued to 06/11/08 at 10:30 a.m. Counsel for the Defendant failed to appear at the 06/10/08 hearing. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.