# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 369 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. Felix Templos-Ortiz | | |

**DOCKET ENTRY TEXT**

Arraignment held.  Defendant pleads not guilty to each charge of each count of the Indictment.  Change of plea hearing set for 06/19/08 at 2:00 p.m.  In the interest of justice, the Government's oral motion to exclude time through and including 06/19/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection.  The defendant is to remain in custody until further order of the Court.                    (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|