# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 369 | **DATE** | 6/19/2008 |
| **CASE TITLE** | USA vs. Felix Templos-Ortiz | | |

**DOCKET ENTRY TEXT**

Change of Plea hearing held as to defendant Felix Templos-Ortiz.  Defendant enters a plea of guilty as to Count I of the Indictment.  Judgment of guilty entered.  Enter Plea Agreement. Cause is referred to the U.S. Probation Office for the preparation of a presentence investigation report (PSR). Any objections or corrections to the PSR must be filed in writing with the Clerk of the Court and a courtesy copy provided to chambers on or before 08/20/08.  The parties are further given leave until 08/20/08 to submit to the Court any other sentencing position papers.  Sentencing is set for 08/27/08  at 11:15 a.m.  Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | maw |
|---|---|---|